**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Global Hospitality Management Group, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **90-0751491** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **806 Green Valley Road, Suite 200**<br>**Greensboro, NC 27408**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Guilford**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    __**Global Hospitality Management Group, Inc.**_____    Case number (*if known*) _____
          Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor   **Global Hospitality Management Group, Inc.**          Case number (*if known*) _____
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***      *Check all that apply:*

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

■    **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $1,000,001 - $10 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $10,000,001 - $50  million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $50,000,001 - $100 million | ☐ More than $50 billion |
| | ☐ $100,000,001 - $500 million | |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Global Hospitality Management Group, Inc.**                    Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Global Hospitality Management Group, Inc.**          Case number (*if known*) _____
         Name

| Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  2, 2026**
              MM / DD / YYYY

X  **/s/ Jerry Gilmore**                                  **Jerry Gilmore**
   Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X  **/s/ Dirk W. Siegmund**                    Date  **April  2, 2026**
   Signature of attorney for debtor                      MM / DD / YYYY

**Dirk W. Siegmund 20796**
Printed name

**Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**
Firm name

**305 Blandwood Ave**
**Greensboro, NC 27401**
Number, Street, City, State & ZIP Code

Contact phone   **336-274-4658**          Email address _____

**20796 NC**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Global Hospitality Management Group, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **All Fixed Up Carpentry Services 1712 N. Liberty Street Winston Salem, NC 27105** | | | | | | $63,000.00 |
| **Guilford County Tax Department 400 W. Market Street Greensboro, NC 27401** | | | | | | $56,000.00 |
| **KAK Services Group LLC 4420 Celia Creek Rd Lenoir, NC 28645** | | | | | | $25,400.00 |
| **Surreal Events 500 Friedburg Village Drive Winston Salem, NC 27127** | | | | | | $25,000.00 |
| **Edward Dilone 105 E. Center Street,uite B4 Mebane, NC 27302** | | | | | | $18,000.00 |
| **Magnolia Smith Enterprises, Inc. P.O Box 487 Pfafftown, NC 27040** | | | | | | $12,000.00 |
| **Apollo Management Group, Inc 3979 Wayfarer Drive Greensboro, NC 27410** | | | | | | $5,400.00 |

Debtor **Global Hospitality Management Group, Inc.**          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fanta City Condominium Association 4925 West Market Street 3000-A Greensboro, NC 27407** | | | | | | **$5,100.00** |
| **ADT Commercial P.O Box 382109 Pittsburgh, PA 15251-8109** | | | | | | **$2,000.00** |
| **City of Winston-Salem Utilities 100 E. First Street Winston Salem, NC 27101** | | | | | | **$1,261.00** |
| **First Horizon Bank 165 Madison Avenue Memphis, TN 38103** | | | | | | **$1,200.00** |
| **T-Mobile 12920 SE 38th Street Bellevue, WA 98006** | | | | | | **$600.00** |
| **Piedmont Natural Gas 4720 Piedmont Row Drive Charlotte, NC 28210** | | | | | | **$531.00** |
| **Bank of America 100 North Tryon Street Charlotte, NC 28255** | | | | | | **$500.00** |
| **Truist Bank 214 N. Tryon Street Charlotte, NC 28202** | | | | | | **$500.00** |
| **Spectrum Business 400 Washington Blvd Stamford, CT 06902** | | | | | | **$246.00** |

ADT Commercial
P.O Box 382109
Pittsburgh, PA 15251-8109


All Fixed Up Carpentry Services
1712 N. Liberty Street
Winston Salem, NC 27105


Apollo Management Group, Inc
3979 Wayfarer Drive
Greensboro, NC 27410


Bank of America
100 North Tryon Street
Charlotte, NC 28255


City of Winston-Salem Utilities
100 E. First Street
Winston Salem, NC 27101


Duke Energy
526 South Tryon Street
Charlotte, NC 28202


Edward Dilone
105 E. Center Street,uite B4
Mebane, NC 27302


Employment Security Commission
700 Wade Avenue
Raleigh, NC 27605


Fanta City Condominium Association
4925 West Market Street 3000-A
Greensboro, NC 27407


First Horizon Bank
165 Madison Avenue
Memphis, TN 38103


Guilford County Tax Department
400 W. Market Street
Greensboro, NC 27401

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


KAK Services Group LLC
4420 Celia Creek Rd
Lenoir, NC 28645


Kim's Greensboro Real Estate, LLC
6907 Q Lane
Whitsett, NC 27377


Magnolia Smith Enterprises, Inc.
P.O Box 487
Pfafftown, NC 27040


North Carolina Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


Piedmont Natural Gas
4720 Piedmont Row Drive
Charlotte, NC 28210


Spectrum Business
400 Washington Blvd
Stamford, CT 06902


Surreal Events
500 Friedburg Village Drive
Winston Salem, NC 27127


T-Mobile
12920 SE 38th Street
Bellevue, WA 98006


Truist Bank
214 N. Tryon Street
Charlotte, NC 28202

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Global Hospitality Management Group, Inc.**      Case No. _____
                                                Debtor(s)          Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Global Hospitality Management Group, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____
**April  2, 2026**
Date

/s/ Dirk W. Siegmund
_____
**Dirk W. Siegmund 20796**
Signature of Attorney or Litigant
Counsel for    **Global Hospitality Management Group, Inc.**
_____
**Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**
**305 Blandwood Ave**
**Greensboro, NC 27401**
**336-274-4658 Fax:336-274-4540**